STATE OF NEW JERSEY v. LOIS SANDERS AND
DONALD SANDERS.

December 16, 1986.

Petition for certification granted.  (See 212 *N.J.Super.* 599)

STATE OF NEW JERSEY v. RANDOLPH SCOTT JACKSON.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JOHNSON.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS HUGHES.

December 16, 1986.

Petition for certification denied.